**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 13-cr-00164-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUMBERTO LOPEZ,

    Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
_____

This matter is before the Court on the United States' Motion for Preliminary Order of Forfeiture (Doc. # 49) pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premises finds:

On October 24, 2013, the United States and Defendant Humberto Lopez entered into a Plea Agreement (Doc. # 46), which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

The requisite nexus exists between the $8,800.00 in United States currency and the crime to which Defendant Lopez pleaded guilty, namely conspiracy to distribute and possess 50 grams or more of methamphetamine, 500 grams or more of a mixture of methamphetamine, and 500 grams or more of a mixture of cocaine, Schedule II controlled substances.

Prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT Defendant Lopez's interest in the $8,800.00 in United States currency is forfeited to the United States in accordance with 21 U.S.C. § 853. Pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853 and Fed.R.Crim.P. 32.2(c)(2), in which all interests will be addressed;

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed.R.Crim.P. 32.2(e)(1); and

THAT this Preliminary Order of Forfeiture may be amended pursuant to Fed. R. Crim. P. 32.2(e)(1).

SO ORDERED this __29th__ day of October, 2013.

BY THE COURT:

*Christine M Arguello*
_____
CHRISTINE M. ARGUELLO
United States District Court Judge